LINDA PARISI
Attorney for Matthew Goyder

917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br>MATTHEW GOYDER<br>Defendant. | CASE NO.  2:20-CR-0212 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   May 23, 2024<br>TIME:    9:30 a.m.<br>COURT: Honorable Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang, and defendant, Matthew Goyder by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1.      By previous order, this matter was set for Judgment and Sentencing on May 23, 2024.

2.      By this stipulation, defendant now moves to continue the Judgment and Sentencing to August 15, 2024 at 9:00 a.m.,

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      Counsel for defendant desires additional time to consult with her client, review the probation report and consult with other professional.

    b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The following proposed sentencing schedule is offered:

Judgment and Sentencing Date: August 15, 2024

Reply, or Statement of Non-Opposition: August 8, 2024

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 1, 2024

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: Already completed

The draft Presentence Report shall be disclosed to counsel no later than: Already completed

The government and the Probation Officer do not object to the continuance.

IT IS SO STIPULATED.

Dated: May 14, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: May 14, 2024

/s/ LINDA PARISI
LINDA PARISI
Counsel for Defendant
MATTHEW GOYDER

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the May 23, 2024 Judgement and Sentencing date and resets the matter for Judgement and Sentencing on August 15, 2024, at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 14th day of May, 2024

/s/ Daniel J. Calabretta
THE HONORABLE JUDGE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE