```
1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-212 DJC |
|---|---|
| Plaintiff, | ORDER FOR REMOTE ATTENDANCE OPTION FOR VICTIMS |
| v. | DATE: August 15, 2024 |
| MATTHEW GOYDER, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

The Court, having received, read, and considered the request, and good cause appearing, GRANTS the government's motion. The Court will provide a dial-in phone number / Zoom audio only link to allow victims to attend the sentencing hearing of defendant Matthew Goyder remotely.

IT IS SO FOUND AND ORDERED this 12th day of August 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER FOR REMOTE ATTENDANCE OPTION FOR VICTIMS

1