PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CR-00212-DJC |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| MATTHEW GOYDER, | |
| Defendant. | |

On July 31, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Matthew Goyder forfeiting to the United States the following property:

    a. Black Apple iPhone, Serial Number: 80200009153026F8002E,
    b. Apple Time Capsule,
    c. Silver Apple A1502 MacBook, Serial Number: C02MM0HRFH01,
    d. Apple A1347 Mac Mini, Serial Number: C07M5058DWYL,
    e. White Intel Computer Tower, Serial Number: 1205180432330061, and
    f. Password list.

Beginning on August 1, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

    a. Leighanne Goyder:  A notice letter was sent via certified mail to Leighanne Goyder at 121 Waterboro Sq., Folsom, CA 95630 on July 31, 2023.  The certified mail envelope was returned to the U.S. Attorney's office as "unclaimed" on or about October 3, 2023.

    b. Leighanne Goyder:  A notice letter was sent via certified mail to Leighanne Goyder at 1022 Douglas Blvd., Roseville, CA 95678 on July 31, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Erin Noble on August 2, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Matthew Goyder and Leighanne Goyder.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 15th day of November, 2024.

Dated:  November 15, 2024                /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE